IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCO DANE ACOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 02-BE-2038-S |
| | ) | |
| DEPUTY COLE, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on November 22, 2002, recommending that the verbal abuse claim against Deputy Cole in this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). It was further recommended that the excessive force claim against Deputy Cole be referred to the magistrate judge for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the verbal abuse claim is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b), and the excessive force claim is due to be referred to the magistrate judge for further proceedings. An appropriate order will be entered.

DATED this 30th day of December, 2002.

KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE